UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

FERNANDO CANTRES, JR.,

     Plaintiff,

v.                                    Case No. 3:17cv670-RV-CJK

JULIE L. JONES and S. MILLIKEN,

     Defendants.
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated September 7, 2017 (doc. 4). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is DISMISSED WITHOUT PREJUDICE pursuant 28 U.S.C. § 1915(g).

3.      The clerk is directed to close the file.

DONE AND ORDERED this 11th day of October, 2017.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**